907 A.2d 1008

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ERNEST FRANCOIS, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Thomas,* 188 *N.J.* 137, 902 *A.2d* 1185 (2006).

907 A.2d 1009

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
CHARLES FULLER, DEFENDANT–RESPONDENT.

September 8, 2006.

ORDERED that the petition for certification is granted, and the matter is remanded to the Appellate Division to consider whether auto exception applies under *State v. Eckel,* 185 *N.J.* 523, 888 *A.2d* 1266 (2006).

907 A.2d 1009

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROBERT J. JONES, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.2d* 1195 (2006).